```
ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL DE HOOG,<br><br>          Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | NO. 2:13-CV-00235-KJN<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that time for Plaintiff to file Plaintiff's motion for summary judgment and/or remand be extended for 33 days to August 23, 2013.

All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

///

1      This is plaintiff's first request for an extension of time.
2  Due to a heavy trial schedule, plaintiff's attorney requests
3  additional time to review the file and prepare the motion.

4  Dated: July 11, 2013                Respectfully submitted,

5                                          By */s/ Jeffrey R. Duarte*
                                         Jeffrey R. Duarte
6                                           Attorney for Plaintiff

7  Dated: July 11, 2013                Benjamin B. Wagner
                                         United States Attorney
8

                                        By */s/ Ann L. Maley*
9                                           Ann L. Maley
                                         (Authorized via email)
10                                          Special Assistant U.S. Attorney
                                         Attorney for Defendant
11

12 **IT IS SO ORDERED.**

13 Dated: July 11, 2013

14

15                                          _____
                                         KENDALL J. NEWMAN
16                                          UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28