```
ROCKWELL, KELLY & DUARTE, LLP
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL DE HOOG,<br><br>           Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>           Defendant. | NO. 2:13-CV-00235-KJN<br><br>STIPULATION AND ORDER TO EXTEND TIME |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that time for Plaintiff to file Plaintiff's motion for summary judgment and/or remand be extended for 33 days to August 23, 2013.

All other dates in the Court's Scheduling Order are extended accordingly.

///

///

///

///

    This is plaintiff's first request for an extension of time. Due to a heavy trial schedule, plaintiff's attorney requests additional time to review the file and prepare the motion.

Dated: July 11, 2013     Respectfully submitted,

By */s/ Jeffrey R. Duarte*
Jeffrey R. Duarte
Attorney for Plaintiff

Dated: July 11, 2013     Benjamin B. Wagner
United States Attorney

By */s/ Ann L. Maley*
Ann L. Maley
(Authorized via email)
Special Assistant U.S. Attorney
Attorney for Defendant

**IT IS SO ORDERED.**

Dated: July 11, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2