1 | BENJAMIN B. WAGNER
United States Attorney
2 | DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
3 | Social Security Administration
PAUL SACHELARI, CSBN 230082
4 | Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8933
    Facsimile: (415) 744-0134
    E-Mail: Paul.Sachelari@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL DE HOOG,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 2:13-cv-00235-KJN<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, to extend the time by 60 days, to November 19, 2013, for Defendant to file her opposition to Plaintiff's opening brief, and to extend all other briefing deadlines accordingly.

    This is Defendant's first request for an extension. There is good cause for this extension due to staffing changes and three other District Court briefs assigned to counsel that are due for filing the day before the deadline in this case. A shorter extension would not assist counsel due to multiple other deadlines in the intervening time period as well as previously scheduled military and annual leave. Defendant has reviewed Plaintiff's Memorandum, as well as the

Stip. & Order to Extend Time for Defendant's Opposition to Plaintiff's Opening Brief; 2:13-cv-00235-KJN

1

record in this case, and ascertained that Defendant's response will require a substantial time commitment.

Dated:  September 11, 2013

Respectfully submitted,
/s   Jeffrey R. Duarte*
*Authorized via e-mail on September 11, 2013
Jeffrey R. Duarte
Attorney for Plaintiff

Dated:  September 16, 2013

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:     /s/  Paul Sachelari
PAUL SACHELARI
Special Assistant U.S. Attorney

Attorneys for Defendant

OF COUNSEL

ELLINOR R. CODER
Assistant Regional Counsel

**IT IS SO ORDERED.**

Dated:  September 17, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE